LILLIAN K. BUCHANAN, Appellant, *v.* NICHOLAS EVENTO et a , Respondents.

*Buchanan* v. *Evento*, 170 App. Div. 908, affirmed.

(Argued December 19, 1917; decided January 8, 1918.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department,

entered August 12, 1915, *unanimously* affirming a judgment in favor of defendants entered upon a decision of the court on trial at Special Term. This action was brought to establish an equitable lien upon certain real property in the county of Suffolk for an alleged balance due plaintiff upon the purchase price thereof. The plaintiff sold the premises on or about the 7th day of November, 1908, to Nicholas Evento, and it was undisputed that the purchase price of said premises was the sum of $10,000. There was no dispute that the sum of $5,000 was paid; but the plaintiff contended that the sum of $5,000, which, by the agreement of the parties, was to be due in three years from the date of purchase, had not been paid by Nicholas Evento. The defendants, however, contended that said amount had been paid. The plaintiff brought an action against Nicholas Evento in the Supreme Court of New York county to recover upon a promissory note for the sum of $5,000 on or about the 10th day of April, 1913. On the 7th day of November, 1913, the defendant Nicholas Evento, for the sum of $8,000, conveyed to the defendant Susan Evento the premises in question. On the 10th day of November, 1914, after a trial in the Supreme Court in New York county, upon the verdict of a jury, the plaintiff recovered a judgment against Nicholas Evento in the sum of $6,920.27, which judgment was offered in evidence upon the trial of this action. Sometime in the month of March, 1914, the plaintiff brought the suit in question. It was, therefore, contended that this action was commenced some three or more months after the deed from Nicholas Evento to Susan Evento, and that the deed to Susan Evento was given one year before the judgment mentioned.

*Dix W. Noel* and *William L. Wemple* for appellant.

*Harry H. Reeve* and *John R. Vunk* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CHASE, COLLIN, CUDDEBACK, CARDOZO, POUND, CRANE and ANDREWS, JJ.